

**U.S. Department of Homeland Security**

**United States Coast Guard**

Commander (l)
Maintenance and Logistics Command
Atlantic

300 East Main Street, Suite 400
Norfolk, VA 23510-9100
Staff Symbol: (lg)
Phone: (757) 628-4192
Fax: (757) 628-4451

5720
032-04-16211
December 3, 2004

<u>**Via Facsimile and U.S. Mail**</u>

Mr. James L. Chapman, IV, Esq.
Law Offices of Crenshaw, Ware &
Martin, P.L.C.
1200 Bank of America Center
One Commercial Place
Norfolk, VA 23510

Dear Mr. Chapman:

This responds to your Freedom of Information Act (FOIA) of November 29, 2004, sent to Commander, United States Coast Guard Group Fort Macon, and then forwarded to this office for legal review and direct response to you. In your request you seek a copy of a Coast Guard publication concerning surf rescue operations that you believe was published at Coast Guard Group Fort Macon in the 1980s. You also believe that this documents is approximately 20 pages in length, and that it was authored by a former Coast Guard reservist, Chief Warrant Officer (CWO) Don Davis, who may have been assisted by another Coast Guard reservist, CWO Lonnie Hyatt.

No records were found responsive to your request. The search for records was conducted on December 2, 2004, by Coast Guard Fort Macon. The point of contact is Petty Officer First Class Ashley Hewett, who can be reached at (252) 247-4512. Coast Guard Fort Macon's publications library was checked for any records on surf rescue operations that were authored by either CWO Don Davis or CWO Lonnie Hyatt, and published in the 1980s. No responsive records were found. We have determined that a reasonable search for responsive records has been made and no other places within the Coast Guard exist where the records are likely to be found. The publications currently used by Coast Guard Fort Macon for surf rescue operations are: International Aeronautical Manual for Search and Rescue (IAMSAR), U.S. Search and Rescue Manual, Atlantic Area Search and Rescue Plan, Norfolk Search and Rescue Plan, and Coast Guard Group Fort Macon Organizational Manual.

This is not a denial. We have searched our records and have found no information responsive to your request. We are, however, required by law to inform you that you may appeal the adequacy of our search. Your appeal must be made in writing and you must submit it within 30 days from the date of receipt of this letter. Your letter should indicate that you are making an appeal based on a "no records" determination of a request made under the FOIA, and the envelope should be prominently marked "FOIA Appeal." Include in your appeal the reason(s) you believe the



EXHIBIT 3

Case 4:04-cv-00063-V   Document 34-4   Filed 04/14/06   Page 1 of 4



RECEIVED
DEC 0 6 2004

search was inadequate and a copy of the "no records" response. Send your appeal to: Commandant (CG-611), U.S. Coast Guard, Attn: FOIA/PA Officer, 2100 Second Street SW, Washington DC 20593-0001.

There is no cost for this request.

Sincerely,

JOSEPH K. MASON
FOIA Control Officer
Maintenance and Logistics Command Atlantic

Copy: Commandant, U.S. Coast Guard Headquarters (G-OPR)
Commander, U.S. Coast Guard Group Fort Macon

2

LAW OFFICES
# CRENSHAW, WARE & MARTIN, P.L.C.
1200 BANK OF AMERICA CENTER
ONE COMMERCIAL PLACE
NORFOLK, VIRGINIA 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

JAMES L. CHAPMAN IV
EMAIL: jchapman@cwm-law.com
Also licensed in North Carolina

November 29, 2004

**VIA TELEFACSIMILE & FIRST-CLASS MAIL**

USCG Group Fort Macon
Attn: CDR Donald Rose
20301 E. Fort Macon Road
Atlantic Beach, NC 28512

USCG Headquarters – SAR Program
CAPT Steve Sawyer
Commandant (G-OPR)
2100 Second St., SW
Washington, DC 20593-0001

Re: Freedom of Information Act Request

Dear Sirs:

I am searching for a Coast Guard publication regarding surf rescue operations. It is my understanding that it was published within the command now known as Group Fort Macon in the 1980s. It may have also been more widely distributed within the Coast Guard.

It has been described as a "manual," approximately twenty (20) pages in length. It was authored by a former Coast Guard reservist, CWO Don Davis. He may have been assisted by another Coast Guard reservist, CWO Lonnie Hyatt.

I would appreciate receiving a copy of the manual and am prepared to pay reasonable search and copy fees as required by law.

I look forward to hearing from you.

Sincerely yours,

James L. Chapman, IV

JLC/amb



cc:   Donald G. Taylor (via telefacsimile & first-class mail)
      HQ USCG Commandant. CG611
      Washington, D.C. 20593-0001