UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Civil Action No. 4:04 CV 63 H2
In Admiralty

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| SEA TOW SERVICES OF CARTERET ) | MOTION IN LIMINE TO |
| COUNTY, INC. d/b/a SEA TOW ) | EXCLUDE TESTIMONY OF |
| BEAUFORT as Owner of the ) | GARY R. ALBRECHT |
| M/V GREEN HORNET for Exoneration ) | FILED BY SEA TOW SERVICES OF |
| from or Limitation of Liability ) | CARTERET COUNTY, INC. |
| ) | Local Rule 7.2 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Civil Action No. 4:05 CV 102 H2
In Admiralty

GEORGE LEWIS WALKER, and wife )
VERONICA SIA FACAS WALKER, )
)
    Walkers, )
)
v. )
)
LUKE BRADSHAW MIDGETT, JR., )
)
    Defendant. )

    Sea Tow Services of Carteret County, Inc. d/b/a Sea Tow Beaufort ("Sea Tow"), by counsel, moves *in limine* to exclude the testimony of Gary R. Albrecht. The reasons in support of the motion are set forth in the accompanying Memorandum in Support.

    This 14th day of April, 2006.

                                          s/ James L. Chapman, IV
                                          James L. Chapman, IV, NCSB #25122
                                          CRENSHAW, WARE & MARTIN, P.L.C
                                          1200 Bank of America Center
                                          One Commercial Place

Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: jchapman@cwm-law.com

Attorney for Sea Tow Services of Carteret
County, Inc. d/b/b Sea Tow Beaufort

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion in Limine was served electronically this 14th day of April, 2006 upon:

    Stevenson L. Weeks, Esquire
    Attorney for Claimant
    Wheatley, Wheatley, Nobles & Weeks, P.A.
    710 Cedar Street
    Post Office Box 28516
    Beaufort, NC 28516
    Email: slw@wwnwpa.com

    Andrew Hanley, Esquire
    Attorney for Luke Midgett
    Crossley, McIntosh, Prior & Collier
    2451 South College Road
    Wilmington, NC 28412
    Email: AndrewH@cmpc-law.com

s/James L. Chapman, IV