IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the Matter of the Complaint of SEA TOW SERVICES OF CARTERET COUNTY, INC. d/b/a SEA TOW BEAUFORT as Owner of the M/V GREEN HORNET for Exoneration from or Limitation of Liability | ) ) ) ) ) ) ) | No. 4:04-CV-63-H(2) |

| | | |
|---|---|---|
| GEORGE LEWIS WALKER, and wife, VERONICA SIA FACAS WALKER, Plaintiffs, v. LUKE BRADSHAW MIDGETT, JR., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:05-CV-102-H(2) |

**ORDER**

This matter is before the court on five pending motions in limine submitted by the parties in these consolidated cases. Having reviewed the motions, memoranda in support, and responses in opposition, the court rules as follows:

> 1. The motion by Sea Tow Services of Carteret County, Inc., ("Sea Tow") to exclude the testimony of Donald W. Davis [DE #33] is DENIED;
>
> 2. The motion by Sea Tow to exclude the testimony of Henry J. Elsner, M.D. [DE #35] is DENIED;
>
> 3. The motion by Sea Tow to exclude the testimony of Economist Gary Albrecht [DE #37] is DENIED;

4. The motion by George and Veronica Walker to exclude the testimony of Donald D. Getz [DE #40] is DENIED; and,

5. The motion by George and Veronica Walker to exclude the testimony of Edward M. Cross [DE #41] is DENIED.

Sea Tow's appeal of the order entered on June 29, 2006, by Magistrate Judge David W. Daniel [DE #58] remains pending before the court and will be ruled on in due course.

This the 13th day of July, 2006.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#30